No. 91–6940.  AMIRI *v.* WUSA–TV, CHANNEL NINE.  C. A. D. C. Cir.  Certiorari denied.

No. 91–6941.  MAXWELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–6942.  RODRIGUEZ *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 91–6954.  ALEXANDER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 91–6956.  SINGLETON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–6958.  CRANFILL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–6959.  ANDERSON *v.* KIRK, SUPERINTENDENT, WALL-KILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 91–6961.  BROWN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6968.  HILLNER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–6969.  TROUTMAN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 91–6970.  ROCHA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 91–6973.  JACKSON ET AL. *v.* DIXON-BOOKMAN ET AL. C. A. 5th Cir.  Certiorari denied.

No. 91–6977.  PLATT ET AL. *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 91–6978.  WRIGHT *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 91–6979.  STIKES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–6986.  BRADFORD-BEY *v.* TOOMBS, WARDEN.  C. A. 6th Cir.  Certiorari denied.